ACCEPTED
01-14-00618-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/27/2015 8:39:58 AM
CHRISTOPHER PRINI
CLERK

## NOS. 01-14-00618-CR
## 01-14-00619-CR

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

1/27/2015 8:39:58 AM

CHRISTOPHER A. PRINE
Clerk

## IN THE COURT OF APPEALS
## FOR THE FIRST
## JUDICIAL DISTRICT OF TEXAS
## HOUSTON, TEXAS

### DENNIS STEELE, Appellant

### VS.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 56th Judicial District Court
### Galveston County, Texas
### Trial Court Cause Nos. 13CR3049 & 13CR3050

## APPELLANT'S THIRD MOTION FOR EXTENSION OF TIME TO FILE BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

**COMES NOW DENNIS STEELE**, Appellant, and files this, his third Motion to Extend Time to File Appellant's Brief. Appellant's brief is due on January 28, 2015. Appellant's counsel requests an additional thirty (30) day extension to February 27, 2015, for good cause and would show the Court as follows:

## I.

Counsel approaches the Court in this matter with great respect and out of necessity. Counsel for Appellant has worked diligently to finish the brief in this matter despite preparing for trial in other causes and battling illnesses of his own as well as that of his family members. Specifically, Counsel is set for jury trial, along with lead attorney Neal Davis III, before the Honorable Judge Melinda Harmon of the United States District Court for the Southern District of Texas beginning Tuesday, January 27, 2015. In these cases, that defendant has been indicted for conspiracy to possess with intent to deliver cocaine and marijuana. These cases are not only set for trial but have been called to trial on this date, and both the undersigned and lead counsel are ready for trial. Further describing the undersigned's involvement in these federal cases, counsel also represents that defendant in state court, where she is under indictment for the felony offense of possession of marijuana. All of these cases arise out of the same series of incidents. These cases involve an overwhelming amount of evidence and numerous superseding indictments.

For these reasons, Counsel is not yet finished with the brief in this matter and very respectfully requests an additional extension to file his brief. Finally, this motion is made in the interest of justice and not for the purposes of delay.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that the court grant this motion and extend the time for filing his brief for an additional thirty (30) days to February 27, 2015.

Respectfully submitted,

**DANIEL LAZARINE**
**Texas Bar No. 24073197**
**440 Louisiana Street, Suite 200**
**Houston, Texas 77002**
**(713) 224-4000**
**(713) 224-2815 FAX**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion was delivered to the Court of Appeals, with a copy being faxed to the Assistant District Attorney in this cause on this, the 27 day of January, 2015.

**DANIEL LAZARINE**

3

STATE OF TEXAS §
§
COUNTY OF HARRIS §

On this day personally appeared **DANIEL LAZARINE,** who stated under oath as follows:

"My name is **DANIEL LAZARINE.** I am the attorney of record for the Appellant in this cause. I have read the foregoing **Motion for an Extension of Time to File Appellant's Brief,** and swear that the matters contained in such motion are true and correct."

_____
~DANIEL LAZARINE

**SWORN TO AND SUBSCRIBED** before me on this the 26th day of January, 2015, to which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

Richard R. Bramer
Commission Expires
06-18-2017

4

## IN THE COURT OF APPEALS
## 1st SUPREME JUDICIAL DISTRICT OF TEXAS
## HOUSTON, TEXAS

| | | |
|---|---|---|
| **DENNIS STEELE** | § | |
| **Appellant** | § | |
| | § | **NOS. 01-14-00618-CR** |
| | § | **01-14-00619-CR** |
| **VS.** | § | |
| | § | **TRIAL COURT NUMBERS** |
| **THE STATE OF TEXAS,** | § | **13CR3049 & 13CR3050** |
| **Appellee** | § | |

## ORDER

On this day came on to be heard Appellant's **Motion for Extension of Time within which to File Appellant's Brief.**

It is the opinion of this Court that the **Motion to Extend Time to File Appellant's Brief** should be and is hereby **GRANTED,** and it is therefore **ORDERED, ADJUDGED** and **DECREED** that the Appellant's Brief is due to be filed in this Court on _____ day of _____, 2015.

SIGNED on this the _____ day of _____, 2015.

_____
**JUDGE PRESIDING**

5